# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Middle District of Florida

Case Number: 6:21-CV-594-CEM-DCI

Plaintiff:
**Hakeem O. Rowe,**

vs.

Defendant:
**Two Brothers Tires, LLC d/b/a Addis Tire Outlet and Steve Sakhleh,**



For:
Scott C. Adams
LaBar & Adams, P.A.
2300 E. Concord Street
Orlando, FL 32803

Received by ATTORNEYS LEGAL SERVICES, INC. on the 5th day of April, 2021 at 3:10 pm to be served on STEVE SAKHLEH, 4560 W. Colonial Drive, Orlando, FL 32808.

I, Anthony Ko, being duly sworn, depose and say that on the 7th day of May, 2021 at 11:15 am, I:

**SUBSTITUTED** service by delivering a true copy of the **SUMMONS AND COMPLAINT AND DEMAND FOR JURY TRIAL** with the date and hour of service endorsed thereon by me, to: **MICHAEL SAKHLEH** as **CO-TENANT** at the address of: **4638 Jetty Street, Orlando, FL 32817**, the within named person's usual place of **Abode**, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with Florida Statute 48.031(1)(a).

Additional Information pertaining to this Service:
4/9/2021 10:50 am Attempted service at 4560 W. Colonial Drive, Orlando, FL 32808, not in the office today

I certify that I am a Certified Process Server in good standing and have proper authority in the jurisdiction in which this service is made. I am not a party to this action and have no interest in the party being served. Under the penalties of perjury, I declare that I have read the foregoing affidavit and that the facts stated in it are true.

Subscribed and Sworn to before me on the _11_ day of __May__, 2021 by the affiant who is personally known to me by _X_ physically present or ____ online notarization.

_____
NOTARY PUBLIC



Joseph C. Pleasant, Jr.
NOTARY PUBLIC
STATE OF FLORIDA
Comm# GG327655
Expires 5/18/2023

_____
Anthony Ko
CPS# 0250

ATTORNEYS LEGAL SERVICES, INC.
617 East Washington St.
#2
Orlando, FL 32801
(407) 839-4644

Our Job Serial Number: ALS-2021002271
Service Fee: _____

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1z

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

HAKEEM O. ROWE

*Plaintiff(s)*

v.

TWO BROTHERS TIRES, LLC d/b/a Addis Tire Outlet and STEVE SAKHLEH,

*Defendant(s)*

Civil Action No. 6:21-cv-0594-CEM-DCI

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

STEVE SAKHLEH
4560 W. Colonial Drive
Orlando, FL 32808

Served: Michael Sakhleh
Date: 5/7/21  Time: 11:15 Am
Server: AK
Certified/Special Process Server # 0250

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Scott C. Adams, Esq.
LaBar & Adams, P.A.
2300 E. Concord Street
Orlando, Florida 32803

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Suzanna Manuel

Date: April 5, 2021

*Signature of Clerk or Deputy Clerk*