# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Middle District of Florida

Case Number: 6:21-CV-594-CEM-DCI

Plaintiff:
**Hakeem O. Rowe,**

vs.

Defendant:
**Two Brothers Tires, LLC d/b/a Addis Tire Outlet and Steve Sakhleh,**



For:
Scott C. Adams
LaBar & Adams, P.A.
2300 E. Concord Street
Orlando, FL 32803

Received by ATTORNEYS LEGAL SERVICES, INC. on the 5th day of April, 2021 at 3:10 pm to be served on **TWO BROTHERS TIRES, LLC D/B/A ADDIS TIRE OUTLET C/O AMJAD AHWAL, REGISTERED AGENT/MANAGER OR STEVE SAKHLEH, MANAGER, 4560 W. Colonial Drive, Orlando, FL 32808.**

I, Anthony Ko, being duly sworn, depose and say that on the 7th day of May, 2021 at 11:15 am, I:

served a **LIMITED LIABILITY COMPANY** by delivering a true copy of the **SUMMONS AND COMPLAINT AND DEMAND FOR JURY TRIAL** with the date and hour of service endorsed thereon by me, to: **MICHAEL SAKHLEH** as **CO-TENANT OF STEVE SAKHLEH** at the address of: **4638 Jetty Street, Orlando, FL 32817**, who stated they reside with the registered agent, manager member or member of **TWO BROTHERS TIRES, LLC D/B/A ADDIS TIRE OUTLET**, and informed said person of the contents therein, in compliance with Florida Statute 48.062(4). The provided address for the registered agent, manager or member is a residence.

Additional Information pertaining to this Service:
4/23/2021 10:15 am Attempted service at 4560 W. Colonial Drive, Orlando, FL 32808, neither the registered agent or manager was present.
4/20/2021 3:20 pm Attempted service at 4560 W. Colonial Drive, Orlando, FL 32808, no one present to serve.
4/15/2021 11:25 am Attempted service at 4560 W. Colonial Drive, Orlando, FL 32808, no one present to serve.
4/9/2021 10:45 am Attempted service at 4560 W. Colonial Drive, Orlando, FL 32808, neither the registered agent or manager was present.
Service was made at the home address of the manager, Steve Sakhleh.

I certify that I am a Certified Process Server in good standing and have proper authority in the jurisdiction in which this service is made. I am not a party to this action and have no interest in the party being served. Under the penalties of perjury, I declare that I have read the foregoing affidavit and that the facts stated in it are true.

Subscribed and Sworn to before me on the 11 day of May, 2021 by the affiant who is personally known to me by ☒ physically present or ☐ online notarization.

NOTARY PUBLIC

Joseph C. Pleasant, Jr.
NOTARY PUBLIC
STATE OF FLORIDA
Comm# GG327655
Expires 5/18/2023

Anthony Ko
CPS# 0250

ATTORNEYS LEGAL SERVICES, INC.
617 East Washington St.
#2
Orlando, FL 32801
(407) 839-4644

Our Job Serial Number: ALS-2021002270
Service Fee: _____

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida ▾

HAKEEM O. ROWE )
)
)
)
)
_____ )
Plaintiff(s) )
v. ) Civil Action No.  6:21-cv-0594-CEM-DCI
TWO BROTHERS TIRES, LLC d/b/a Addis Tire )
Outlet and STEVE SAKHLEH, )
)
)
_____ )
Defendant(s) )

SUMMONS IN A CIVIL ACTION

Served: Michael Sekhleh
Date: 5/7/21   Time: 11:15 Am
Server: AK
Certified/Special Process Server # 0250

To: *(Defendant's name and address)*

TWO BROTHERS TIRES, LLC d/b/a Addis Tire Outlet
c/o Registered Agent Amjad Ahwal
4560 W. Colonial Drive
Orlando, FL 32808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Scott C. Adams, Esq.
LaBar & Adams, P.A.
2300 E. Concord Street
Orlando, Florida 32803

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
Suzanne Manuel

Date: April 5, 2021   _____
Signature of Clerk or Deputy Clerk